## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cynthia Frondarina, | Civil No. 08-3683 (RHK/AJB) |
| Plaintiff, | **DISQUALIFICATION AND ORDER FOR REASSIGNMENT** |
| vs. | |
| Wyeth, Inc., et al., | |
| Defendants. | |

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 30, 2008

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge